## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Matthew Joel Weaver, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 13-cv-2408 JTM/KMH |
| ) | |
| Performant Recovery, Inc., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

To the Honorable Judges of the United States District Court for the District of Kansas:

COMES NOW defendant Performant Recovery, Inc., the removing party, and for its Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 15 U.S.C. §1692k(d), and respectfully shows this Court that:

1. On July 7, 2013, the above-entitled action was filed in the District Court of Johnson County, Kansas, and is now pending therein.

2. The removing party is the defendant in the above-entitled action.

3. On or about July 11, 2013, defendant was served with Plaintiff's Petition for Damages, a copy of which is attached hereto as Exhibit A.

4. Then, on July 26, 2013, plaintiff filed a First Amended Petition for Damages to correct the name of the plaintiff as it was incorrect in the original Petition for Damages.

5. On or about August 2, 2013, defendant was served with Plaintiff's First Amended Petition for Damages, a copy of which is attached hereto as Exhibit B.

6. No further proceedings have been had herein in the District Court of Johnson County, Kansas.

7. Thirty (30) days has not yet elapsed since defendant was first served with Plaintiff's Petition for Damages, which was the initial pleading setting forth the claim for relief upon which this action is based. Therefore, the time for filing this Notice of Removal under 28 U.S.C. § 1446(b) has not yet expired.

8. Plaintiff's petitions set forth a cause of action under 15 U.S.C. §§1692 *et seq.*

9. This Court has original jurisdiction over Plaintiff's cause of action based on 15 U.S.C. §§1692, et seq., as set forth in 28 U.S.C. §1331 and 15 U.S.C. §1692k(d). Pursuant to 28 U.S.C. §1441, therefore, the civil action pending in the District Court of Johnson County, Kansas is removable to this Court.

10. Defendant will file its Answer or other responsive pleading in a timely manner pursuant to Fed. R. Civ. P. 81(c).

11. Copies of all process, pleadings and orders served upon Defendant in this action are attached hereto.

12. Defendant has provided written notice of the filing of this Notice of Removal to Plaintiff by ordinary mail on this date and has also forwarded a Notice for filing with the Clerk of the District Court of Johnson County, Kansas regarding this Notice of Removal.

13. Defendant designates Kansas City, Kansas as the place of trial.

WHEREFORE, defendant prays that the above-entitled cause now pending in the District Court of Johnson County, Kansas, be removed to the United States District Court for the District of Kansas at Kansas City.

Respectfully submitted,

**FRANKE SCHULTZ & MULLEN, P.C.**


/s/ Pamela J. Welch
Pamela J. Welch                # 21534
8900 Ward Parkway
Kansas City, Missouri 64114
Phone: (816) 421-7100
Fax:   (816) 421-7915
pwelch@fsmlawfirm.com

and

**BASSFORD REMELE**
*A Professional Association*
Michael A. Klutho (License #186302)
33 South Sixth Street, Suite 3800
Minneapolis, Minnesota 55402-3707
Telephone:  (612) 333-3000
Facsimile:   (612) 333-8829
mklutho@bassford.com
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

A. Scott Waddell   #20955
Waddell Law Firm, LLC
2029 Wyandotte Street, Suite 100
Kansas City, Missouri  64108
scott@aswlawfirm.com
Phone: (816) 221-2555
Fax: (816) 221-2508
**ATTORNEY FOR PLAINTIFF**


/s/Pamela J. Welch
Attorney for Defendant