IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MATTHEW JOEL WEAVER,

        Plaintiff,        Civil No. 2:13-cv-02408-JTM-KMH

v.

PERFORMANT RECOVERY, INC.,

        Defendant.

**PLAINTIFF'S MOTION FOR AN
AWARD OF COSTS AND ATTORNEY FEES**

COMES NOW Plaintiff Matthew Joel Weaver, through counsel, and moves this Court for Award of Costs and Attorneys Fees against Defendant Performant Recovery, Inc. per Federal Rule of Civil Procedure and Local Rule 54.2. In support thereof, Plaintiff submits his Memorandum in Support of Motion for an Award of Costs and Attorney Fees contemporaneously with this Motion.

WHEREFORE, Plaintiff requests that this Honorable Court award reasonable attorney fees for the services of Plaintiff's counsel in the amount of $17,242.50 and costs of $289.46, for a total of $17,531.96, and for such other and further relief as this Court deem just and proper. Plaintiff further requests costs and attorney fees for the time expended litigating this motion.

        Respectfully submitted,

        By: /s/ A. Scott Waddell
        A. Scott Waddell     KS# 20955
        Waddell Law Firm LLC
        2029 Wyandotte, Suite 100
        Kansas City, Missouri 64108
        Telephone: 816.221.2555
        Facsimile:  816.221.2508
        scott@aswlawfirm.com
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this April 24, 2014, the above and foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send an electronic copy to the following:

**FRANKE SCHULTZ & MULLEN, P.C.**
PAMELA J. WELCH
8900 Ward Parkway
Kansas City, Missouri 64114
(816) 421-7100
(816) 421-7915 Fax
pwelch@fsmlawfirm.com

and

**BASSFORD REMELE**
*A Professional Association*
Michael A. Klutho
33 South Sixth Street, Suite 3800
Minneapolis, Minnesota 55402-3707
Telephone: (612) 333-3000
Facsimile: (612) 333-8829
mklutho@bassford.com
**Attorney for Defendant**


*/s/A. Scott Waddell*
**ATTORNEY FOR PLAINTIFF**